UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                                      :        09 Cr. 983 (WHP)

Jonathan Medina                                       :        <u>ORDER</u>
                            Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Monday, May 11, 2020 at 3:00 p.m. regarding defendant's application for compassionate release. The dial-in number is 888-363-4749, passcode 3070580.

Dated:  New York, New York
         May 7, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.